UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**JOANN TERRY,**

  Plaintiff,

v.                                                       **No. 4:26-cv-0738-P**

**FORT WORTH POLICE DEPT, ET AL.,**

  Defendants.

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On July 7, 2026, the United States Magistrate Judge Findings, Conclusions, and a Recommendation ("FCR") in this case. ECF No. 7. Plaintiffs did not object to the FCR. Having conducted a plain error review, the Court will **ACCEPT** and **ADOPT** the reasoning in the Magistrate Judge's FCR. Accordingly, all of Plaintiff's claims against Defendants are **DISMISSED without prejudice** for lack of prosecution. This is a **FINAL JUDGMENT** for purposes of appeal.

  **SO ORDERED** on this **22nd day of July 2026.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE